RONALD ABRAMSON (*Pro Hac Vice* forthcoming)
ron.abramson@listonabramson.com
DAVID G. LISTON (*Pro Hac Vice* forthcoming)
david.liston@listonabramson.com
ARI J. JAFFESS (*Pro Hac Vice* forthcoming)
ari.jaffess@listonabramson.com
ALEX G. PATCHEN (*Pro Hac Vice* forthcoming)
alex.patchen@listonabramson.com
LISTON ABRAMSON LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
Telephone: (212) 357-1630
Facsimile: (917) 999-9999
(Lead Counsel)

WILLIAM A. WHITE (State Bar No. 121681)
wwhite@hillfarrer.com
HILL, FARRER & BURRILL LLP
One California Plaza
300 South Grand Avenue, 37th Floor
Los Angeles, California 90071
Telephone: (213) 620-0460
Facsimile: (213) 624-4840
(Local Counsel)

Attorneys for Plaintiff
WAG Acquisition, L.L.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WAG ACQUISITION, L.L.C., a New Jersey limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> HULU LLC, a Delaware limited liability company <br>            Defendant. | CASE NO. 2:21-cv-08242 RSWL(KKx) <br><br> **NOTICE OF ERRATA RE DOCKET ENTRY FOR DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT PER WAIVER OF SERVICE OF SUMMONS** <br><br><br> Complaint Filed: October 18, 2021 <br> Trial Date: None |

**NOTICE OF ERRATA**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 29, 2021, plaintiff WAG ACQUISITION, L.L.C. ("Plaintiff") served the Waiver of Service of Summons ("Waiver") on defendant HULU LLC ("Defendant").  The Waiver was signed and returned by Defendant and then Plaintiff promptly filed it with the Court.  Pursuant to the Waiver, Defendant's response to the complaint is due within 60 days from the service date, which is by January 28, 2021.  However, the docket instead incorrectly reflected that the deadline for Defendant's response is March 1, 2022.  Accordingly, Plaintiff is submitting this Notice of Errata and refiling the Waiver so that a corrected docket entry for the deadline to file Defendant's response to the complaint may be generated.

DATED: December 15, 2021                    **HILL, FARRER & BURRILL LLP**

By: */s/ William A. White*
      William A. White
      Jeffrey B. Bell
      Attorneys for Defendant
      WAG ACQUISITION, L.L.C.

HFB 2464310.1