Alex G. Patchen (pro hac vice pending)
alex.patchen@listonabramson.com
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Telephone: (212) 257-1632
Facsimile: (917) 633-5568

Attorneys for Plaintiff *WAG Acquisition L.L.C.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WAG ACQUISITION, L.L.C.,<br><br>                               Plaintiff(s)<br>       v.<br>HULU LLC,<br><br>                              Defendant(s). | CASE NUMBER<br><br>2:21-cv-08242 RSWL (KKx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Patchen, Alex G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 257-1632      (917) 633-5568
*Telephone Number*    *Fax Number*

Alex.patchen@listonabramson.com
*E-Mail Address*

of

Liston Abramson LLP
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

WAG Acquisition, L.L.C.

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

White, William A.
*Designee's Name (Last Name, First Name & Middle Initial)*

121681    (213) 621-0816    (213) 624-4840
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

wwhite@hillfarrer.com
*E-Mail Address*

of

Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

             ☐ for failure to complete Application: _____

             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**